DAVID W. SCOFIELD – 4140
**PETERS │ SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093
Telephone:     (801) 322-2002
Facsimile:      (801) 913-0320
Email:            dws@psplawyers.com

FRANCIS A. BOTTINI, JR. (Pro Hac Vice Application Forthcoming)
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:     (858) 914-2001
Facsimile:      (858) 914-2002
E-mail:          fbottini@bottinilaw.com

*Attorneys for Plaintiff Daniel L. Rosenberg*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| ALBERT PIKK, Derivatively on Behalf of Nominal Defendant ZAGG INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT G. PEDERSEN II, EDWARD EKSTROM, RANDALL HALES, BRANDON T. O'BRIEN, and CHERYL L. LARABEE, <br><br> Defendants, <br><br> -and- <br><br> ZAGG INC., <br><br> Nominal Defendant. | **STIPULATED MOTION FOR ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL AND LIAISON COUNSEL** <br><br><br> Case No. 2:12-cv-1188-EJF <br><br> Judge: Hon. Evelyn J. Furse |

[Caption continues on following page.]

| | |
|---|---|
| DANIEL L. ROSENBERG, an Individual, Derivatively on Behalf of ZAGG INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT G. PEDERSEN II, RANDALL HALES, BRANDON T. O'BRIEN, CHERYL L. LARABEE, EDWARD D. EKSTROM, SHUICHIRO UEYAMA and DOES 1-20, <br><br> Defendants, <br><br> -and- <br><br> ZAGG INC., <br><br> Nominal Defendant. | Case No. 2:12-cv-1216 DAK <br><br> Judge: Hon. Dale A. Kimball |

   Pursuant to DUCivR 7-1, Plaintiff Albert Pikk and Plaintiff Daniel L. Rosenberg stipulate and move to consolidate the related actions and to appoint co-lead counsel and liaison counsel.

   WHEREAS, on December 19, 2012, Pikk filed his Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Unjust Enrichment, and Waste of Corporate Assets (the "Pikk Complaint");

   WHEREAS, on December 28, 2012, Rosenberg filed his Verified Derivative Complaint for Violations of the Federal Securities Law, Breach of Fiduciary Duty, Unjust Enrichment, and Insider Trading (the "Rosenberg Complaint");

   WHEREAS, Pikk filed a Motion to Consolidate Related Actions and Appoint Lead Counsel and Liaison Counsel on February 6, 2013;

   WHEREAS, no opposition was filed by any party to such motion;

   WHEREAS, Pikk now withdraws solely that part of the motion that related to the appointment of Lead Counsel and Liaison Counsel in light of this stipulated motion;

   WHEREAS, the Pikk Complaint and the Rosenberg Complaint raise the same issues on behalf of the Nominal Defendant ZAGG;

WHEREAS, the Pikk Complaint and the Rosenberg Complaint assert similar causes of action against substantially the same Individual Defendants;

WHEREAS, consolidation in the related actions would help assure consistent rulings and decisions, avoid duplicative efforts by all parties and the Court, and would be in the best interests of the Nominal Defendant ZAGG;

WHEREAS, Pikk and Rosenberg agree that unified Co-Lead Counsel structure would be in the best interests of the Nominal Defendant ZAGG;

WHEREAS, to date, Nominal Defendant ZAGG Inc. has indicated to Pikk's and Rosenberg's counsel that it would consent to consolidation and would take no position on the request for appointment of co-lead counsel; and

WHEREAS, this stipulation is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective parties.

NOW THEREFORE, Pikk and Rosenberg stipulate and respectfully request that the Court order as follows:

1. Pursuant to Fed. R. Civ. P. 42(a) and DUCivR 42-1, the above-captioned actions should be consolidated and every pleading filed in these consolidated actions (the "Consolidated Action") should bear the following caption:

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| IN RE ZAGG INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This document relates to: All Actions | Master Civil Action No.:   12-cv-1188<br><br>(Consolidated with 12-cv-1216) |

2. The files of these consolidated actions should be maintained in one file under Master Civil Action No. 12-cv-1188.

    3.    Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

and

**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

-and-

101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

    4.    Liaison Counsel for plaintiffs for the conduct of the Consolidate Action should be:

**PETERS │ SCOFIELD**
A Professional Corporation
7430 Creek Road, Suite 303
Sandy, Utah 84093
Telephone: (801) 322-2002
Facsimile: (801) 913-0320

    5.    Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

    6.    Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this

Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

7. Plaintiffs Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and respective counsel.

8. Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. The parties shall meet and confer in good faith to arrange a briefing schedule concerning the filing and service of a consolidated derivative complaint, or the designation of an operative complaint, and any responsive pleading thereto. The parties shall propose a briefing schedule to the Court with twenty (20) days of the entry of any Order entered hereon.

10. Any Order entered hereon should apply to any pending or future cases brought derivatively on behalf of ZAGG Inc. that arise out of the same or substantially the same transactions or events as the above-captioned cases, and that are subsequently filed in, removed to, or transferred to this Court.

11. When a case that properly belongs as part of the Consolidated Action is hereafter filed in this Court or transferred here from another court, that the Court will request the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the Consolidated Action and counsel are to assist in assuring that counsel in subsequent actions receive notice of the Order entered by the Court.

12. If the Court finds good cause to grant the stipulated motion, then the stipulated form of Order attached hereto as Exhibit A may be used by the Court in granting such motion. **IT IS SO STIPULATED.**

DATED this 22nd day of February, 2013

/s/ David W. Scofield
David W. Scofield, Esq. (04140)
*Attorneys for Plaintiff Daniel L Rosenberg*

DATED this 22nd day of February, 2013

/s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com
*Attorneys for Plaintiff Daniel L. Rosenberg*
*(Signed by filing attorney with permission of co-counsel for Plaintiff Daniel L Rosenberg)*

DATED this 22nd day of February, 2013

/s/ Beth A. Keller
Beth A. Keller
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
bkeller@faruqilaw.com
*Attorney for Plaintiff Albert Pikk*
*(Signed by filing attorney with permission of counsel for Plaintiff Albert Pikk)*

-7-

DATED this 22nd day of February, 2013

                                          /s/ Michael J. Hynes
                                          Michael J. Hynes
                                          Ligaya T. Hernandez
                                          **FARUQI & FARUQI, LLP**
                                          101 Greenwood Avenue, Suite 600
                                          Jenkintown, Pennsylvania 19046
                                          Telephone: (215) 277-5770
                                          Facsimile: (215) 277-5771
                                          mhynes@faruqilaw.com
                                          lhernandez@faruqilaw.com
                                          *Attorney for Plaintiff Albert Pikk*
                                          *(Signed by filing attorney with permission of*
                                          *counsel for Plaintiff Albert Pikk)*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of February, 2013, I caused the foregoing document to be filed electronically via the electronic filing system of the United States District Court for the District of Utah, which caused a true and correct copy of the foregoing to thereafter be served electronically via the District Court's ECF noticing system upon those parties registered to receive electronic service in this case.

      /s/ David W. Scofield