DAVID W. SCOFIELD - 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093
Telephone: (801) 322-2002
Facsimile:  (801) 913-0320
E-mail:      dws@psplawyers.com

*Liaison Counsel for Lead Plaintiffs*
*ALBERT PIKK and DANIEL L. ROSENBERG*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| IN RE ZAGG INC. SHAREHOLDER DERIVATIVE ACTION | **NOTICE OF APPEAL** |
| This document relates to: All Actions. | Master Civil Action No. 12-cv-1188 (Consolidated with No. 12-cv-1216) |

**PLEASE TAKE NOTICE** that, under 28 U.S.C. § 1291, Lead Plaintiffs Albert Pikk and Daniel L. Rosenberg, derivatively on behalf of nominal defendant ZAGG Inc., appeal to the United States Court of Appeals for the Tenth Circuit from the United States District Court for the District of Utah's following decisions:

  (1)   the Judgment in a Civil Case entered December 10, 2014 (Dkt. No. 79); and

  (2)   the Memorandum Decision and Order entered October 9, 2014 (Dkt. No. 78).

**DATED** this 8th day of January, 2015.

**PETERS | SCOFIELD**
*A Professional Corporation*

s/ David W. Scofield
David W. Scofield
*Liaison Counsel for Lead Plaintiffs*
*Albert Pikk and Daniel L. Rosenberg*

1

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (*pro hac vice*)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

HYNES KELLER & HERNANDEZ LLC
Michael J. Hynes (*pro hac vice*)
Ligaya Hernandez (*pro hac vice*)
1150 First Avenue, Suite 501
King of Prussia, Pennsylvania 19406
Telephone:  (610) 994-0292
Facsimile:   (914) 752-3041

*Co-Lead Counsel for Lead Plaintiffs*
*Albert Pikk and Daniel L. Rosenberg*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed with the Court the foregoing Notice of Appeal and that a genuine copy thereof was thereby served by the Court's CM/ECF system, on this 8th day of January, 2015, to the following:

Beth A. Keller, Esq.
HYNES KELLER & HERNANDEZ, LLC
100 SOUTH BEDFORD ROAD, SUITE 340
MOUNT KISCO, NEW YORK 10549
(914) 752-3040
Email: bkeller@hkh-lawfirm.com

Nadeem Faruqi, Esq.
FARUQI & FARUQI, LLP
369 LEXINGTON AVE 10TH FL
NEW YORK, NY 10017
(212) 983-9330
E-mail: nfaruqi@faruqilaw.com

Ligaya T. Hernandez, Esq.
HYNES KELLER & HERNANDEZ, LLC
1150 FIRST AVE STE 501
KING OF PRUSSIA, PA 19406
(610) 994-0292
E-mail: lhernandez@hkh-lawfirm.com

Michael J. Hynes, Esq.
HYNES KELLER & HERNANDEZ, LLC
1150 FIRST AVE STE 501
KING OF PRUSSIA, PA 19406
(610) 994-0292
E-mail: mhynes@hkh-lawfirm.com

Brent R. Baker, Esq.
CLYDE SNOW & SESSIONS
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216
(801) 322-2516
E-mail: brb@clydesnow.com

D. Loren Washburn, Esq.
CLYDE SNOW & SESSIONS
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216
(801) 322-2516
E-mail: dlw@clydesnow.com

Jennifer A. James, Esq.
CLYDE SNOW & SESSIONS
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216
(801) 322-2516
E-mail: jaj@clydesnow.com

David J. Berger, Esq.
WILSON SONSINI GOODRICH & ROSATI (PALO ALTO)
650 PAGE MILL RD
PALO ALTO, CA 94304-1050
(650) 493-9300
E-mail: dberger@wsgr.com

Kevin N. Anderson, Esq.
FABIAN & CLENDENIN
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801) 531-8900
E-mail: kanderson@fabianlaw.com

Nessia S. Kushner, Esq.
WILSON SONSINI GOODRICH & ROSATI (SF)
ONE MARKET ST STE 3300
SPEAR TOWER
SAN FRANCISCO, CA 94108
(415) 947-2051
E-mail: nkushner@wsgr.com

Steven M. Schatz, Esq.
WILSON SONSINI GOODRICH & ROSATI (PALO ALTO)
650 PAGE MILL RD
PALO ALTO, CA 94304-1050
(415) 493-9300
E-mail: sschatz@wsgr.com

Artemis D. Vamianakis, Esq.
FABIAN & CLENDENIN
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801) 531-8900
E-mail: avamianakis@fabianlaw.com


/s/ David W. Scofield

3